**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JAMES A. COGLEY,                :   No. 38 WM 2023

            Petitioner        :

           v.                  :

DAVID TEDESKI, PATROLMAN,   :
BUTLER TOWNSHIP POLICE       :
DEPARTMENT, BUTLER TOWNSHIP, :
BUTLER COUNTY,             :

          Respondents    :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of November, 2023, the Application for Leave to File Original Process is GRANTED. The "Petition(s) for Writ of Habeas Corpus; and/or Mandamus" is DISMISSED to the extent it seeks mandamus relief and is DENIED in all other respects.